158 A.3d 1183

RALPH GOODWIN, PLAINTIFF–PETITIONER, v. NEW JERSEY DEPARTMENT OF EDUCATION, CHRISTOPHER D. CERF, COMMISSIONER, NEW JERSEY DEPARTMENT OF EDUCATION, BARBARA GANTWERK, ASSISTANT COMMISSIONER OF STUDENT AND FIELD SERVICES, NEW JERSEY DEPARTMENT OF EDUCATION, DR. KATHLEEN C. SERAFINO, EXECUTIVE COUNTY SUPERINTENDENT (MORRIS), DEFENDANTS–RESPONDENTS.

January 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005321–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.